IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                   AMENDED ORDER

            Plaintiff,

                                                   08-cv-219-bbc

    v.                                                 04-cr-162-jcs

MONCLAIR HENDERSON-EL,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The government has advised the court that it has no objection to the court's decision to reduce defendant Monclair Henderson-El's sentence to 168 months. Accordingly, IT IS ORDERED that defendant's sentence is reduced from the original sentence of 210 months to 168 months to reflect the changes in the crack cocaine guidelines.

Entered this 15th day of June, 2009.

                                          BY THE COURT:

                                          /s/

                                          _____
                                          BARBARA B. CRABB
                                          District Judge